427 A.2d 258

Commonwealth v. Jackson, Appellant.

Submitted September 13, 1979. Arthur J. King, Assistant Public Defender, for appellant; John J. Burfete, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

427 A.2d 258

Commonwealth v. Goldblum, Appellant.
Reargument Denied Aug. 4, 1980.

Submitted August 28, 1979. Charles F. Scarlata, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Judgment of sentence on conspiracy count is reversed and new trial granted and judgments of sentence on all other charges are affirmed.

LARSEN, J., did not participate in the decision of this case.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelee of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.